No. 79–1946. Moran v. Gould Corp. et al. C. A. 3d Cir. Certiorari denied. Justice Stewart took no part in the consideration or decision of this petition.

No. 80–43. Templeton's Service, Inc., et al. v. Mobil Oil Corp. Temp. Emerg. Ct. App. Certiorari denied. Justice Stewart took no part in the consideration or decision of this petition.

No. 79–1853. Durham Distributors, Inc., et al. v. Bombardier Ltd. et al. C. A. 1st Cir. Certiorari denied. Justice Stewart would grant certiorari.

No. 79–6475. Brown v. Maryland et al. C. A. 4th Cir. Certiorari denied. Justice Stewart would grant certiorari.

No. 79–1857. Alcoa Steamship Co., Inc. v. M/V Nordic Regent et al. C. A. 2d Cir. Motions of Association of Trial Lawyers of America, American Institute of Marine Underwriters, and National Industrial Traffic League for leave to file briefs as amici curiae granted. Certiorari denied. Justice Blackmun would grant certiorari.

No. 79–1874. Stipe et al. v. United States. C. A. 10th Cir. Motion of petitioners to defer consideration of the petition for writ of certiorari denied. Certiorari denied.

No. 79–1910. Illinois Central Gulf Railroad Co. v. Kaiser Aluminum & Chemical Corp. C. A. 8th Cir. Certiorari denied. Justice Stevens took no part in the consideration or decision of this petition.